**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2215**

ALECIA Y. FARLEY; MARVIN A. FARLEY,

　　　　　Plaintiffs - Appellants,

　　　v.

BANK OF AMERICA, N.A.; BANK OF AMERICA, N.A., as Successor
by Merger to BAC Home Loans Servicing, L.P.,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.　James R. Spencer, Senior
District Judge.　(3:14-cv-00568-JRS)

Submitted: February 18, 2015　　　　Decided: March 4, 2015

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Alecia Y. Farley; Marvin A. Farley, Appellants Pro Se.　Michael
T. Hosmer, MCGUIREWOODS, LLP, Charlotte, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alecia Y. Farley and Marvin A. Farley seek to appeal the district court's order ruling on several pretrial motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order the Farleys seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED